UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** December 16, 2021    **Time:** 10:04 a.m.  11:32    **Judge:**  **YVONNE GONZALEZ ROGERS**

a.m.[total time for all cases]

| Case No.: | Case Name: |
| --- | --- |
| 21-cr-00311YGR | USA v. Garcia et al |
| 21-cr-312 YGR | USA v. Hernandez, et.al |
| 21-cr-325 YGR | USA v. Ontiveros, et.al |
| 21-cr-327 YGR | USA v. Quiros |
| 21-cr-328 YGR | USA v. Cervantes et.al |
| 21-cr-338 YGR | USA v. Guerrero |
| 21-cr-339 YGR | USA v. McCabe |
| 21-cr-340 YGR | USA v. Pacheco [fugitive] |
| 21-cr-0341YGR | USA v. Stephens [fugitive] |
| 21-cr-0342 YGR | USA v. Velasco, Jr. [fugitive] |
| 21-cr-344 YGR | USA v. Kobayashi |
| 21-cr-345 YGR | USA v. Munoz, et.al |
| 21-cr-346 YGR | USA v. Ramirez,et.al |
| 21-cr-347 YGR | USA v. Urbina, et.al; |
| | |
| 21-mj-71438 MAG | USA v. Garcianava |
| 21-mj-71467 MAG | USA v. Faz, et.al |

**Deputy  Clerk:**                                **Court Reporter Pam Hebel**
**Frances Stone**

**OMNIBUS STATUS CONFERENCE WITH COUNSEL HELD VIA ZOOM PLATFORM.**

**21-cr-311-YGR**
**Attorney for Plaintiff: AUSA Marja-Lissa Overbeck**
**Defendant Jose Garcia: Mark Goldrosen**
**Defendant Juan Gonzalez: Mark Goldrosen appearing for Adam Pennella**
**Defendant Paul Valenzuela: Brian Berson**
**Defendant Caleb Eller (fugitive)**
**Defendant Kyle Leonis: Steve DeFilippis**
**Defendant Juan Dominguez: Alan Dressler**

**PAGE TWO**

**21-cr-0312-YGR**
**Attorney for Plaintiff/AUSA: Marja-Liisa Overbeck**
**Defendant Joshua Hernandez: Michael Stephanian**
**Defendant Giovanni Rubino: Gail Shifman**
**Defendant Charles Pineda: Ben Koller for Cary Lindstrom**
**Defendant Andrew Anchondo: James Vaughns**
**Defendant Eliseo Martinez: Gail Shifman for Bruce Funk**
**Defendant Nicholas Mendez: James Thomson**

**21-cr-0325-YGR**
**Attorney for Plaintiff/AUSA Jeffrey Backhus**
**Defendant Jaime Ontiveros (fugitive)**
**Defendant Jonathan Lee(fugitive)**
**Defendant Jaime Medina Hernandez: Robert Lyons**
**Defendant Clemente Garcia Barraza: Ann McGlenon**

**21-cr-0327-YGR**
**Attorney for Plaintiff/AUSA Jeffrey Backhus**
**Defendant Luis Quiros: Edwin Prather**

**21-cr-0328-YGr**
**Attorney for Plaintiff/AUSA Erin Cornell , Kevin Rubino and Marja-Liisa Overbeck**
**Defendant David Cervantes: John Paul Reichmuth**
**Defendant Antonio Guillen: Shaffy Moeel**
**Defendant James Perez:  Erik Babcock**
**Defendant Samuel Luna: Miranda Kane**
**Defendant Guillermo Solorio: John Jordan for Randy Sue Pollock**
**Defendant Trinidad Martinez: Michelle Spencer**
**Defendant George Franco: Jay Rorty**
**Defendant Steven Trujillo: David Plotsky**
**Defendant Salvador Castro: Charles Woodson**
**Defendant Bryan Robledo: Carleen Arlidge**
**Defendant Alex Yrigollen: Peter Arian**
**Defendant Juan Soto:  Shaffy Mooel for Erick Guzman**
**Defendant Edgardo Rodriguez: Steve Kalar**
**Defendant Robert Maldonado:  Mark Flanagan and Julius Jefferson**
**Defendant Eric Zarate: John Jordan**
**Defendant Rocky Bracamonte: Alexander Guilmartin**
**Defendant Joshua Cortez:  Mark Vermeulen**
**Defendant William Rodriguez: Alanna Coopersmith**
**Defendant Marvin Rodriguez:  (fugitive)**
**Defendant Cristian Mora: (fugitive)**

**PAGE THREE**

**21-cr-0328-YGR (continued)**
**Defendant Martin Joseph Ruppel: Amy Craig**
**Defendant Anaelisa Cuevas : Peter Arian for Richard Tamor**

**21-cr-0338-YGR**
**Plaintiff Attorney/AUSA  Daniel Kassabian**
**Defendant Mike John Guerrero: Peter Arian appearing for Caleb Lin; Emily Dahm to substitute in for defendant**

**21-cr-0339-YGR**
**Plaintiff Attorney/AUSA Daniel Kassabian**
**Defendant Nicole Alexandra McCabe: Harris Taback**

**21-cr-0340-YGR**
**Plaintiff Attorney/AUSA Daniel Kassabian**
**Defendant Javier Efren Pacheco: (fugitive)**

**21-cr-0341-YGR**
**Plaintiff Attorney/AUSA  Daniel Kassabian**
**Defendant Michael Paul Stephens (fugitive)**

**21-cr-0342-YGR**
**Plaintiff Attorney/AUSA  Daniel Kassabian**
**Defendant Ramiro Velasco Jr.: (fugitive)**
**Defendant Derick Brian Williams: (fugitive)**

**21-cr-0344-YGR**
 **Plaintiff Attorney/AUSA  Daniel Kassabian**
**Defendant Evan Yukin Kobayashi: Jai Gohel**

**21-cr-0345-YGR**
**Plaintiff Attorney/AUSA  Daniel Kassabian**
**Defendant Felipe Munoz: Gregor Guy-Smith**
**Defendant Cris Eric Moreno: (fugitive)**

**21-cr-0346-YGR**
**Plaintiff Attorney/AUSA  Daniel Kassabian**
**Defendant Rosemarie  Ramirez: Darlene Comstedt**
**Defendant Genny Carranza: Vicki Young**

**21-cr-0347-YGR**
**Plaintiff Attorney/AUSA  Daniel Kassabian**
**Defendant Max Urbina : matter in state court**
**Defendant Marco Abraham Urbina: Robert Lyons**

**PAGE FOUR**

**21-mj-71438- MAG**
**Plaintiff Attorney/AUSA  Daniel Kassabian and Christoffer Lee**
**Defendant Hector Garcianava: Raymond Buenaventura**

**21-mj-71467- MAG**
**Plaintiff Attorney/AUSA  Daniel Kassabian and Maia Perez**
**Defendant Jorge Luis Solorio-Mendoza: Ellen Leonida**

## PROCEEDINGS

**OMNIBUS STATUS CONFERENCE WITH COUNSEL HELD VIA ZOOM PLATFORM.**

**ATT dial in conference line provided for public audio of hearing today.**

Appearances for all defendants WAIVED as to this Status Conference.

4:21-cr-00328-YGR-21  Defendant Martin Joseph Ruppel, Jr. – Defendant's Motion to withdraw as attorney [173]  Granted by the Court
Attorney **John Ellis is appointed as Discovery Coordinator** as to cases:
 21-cr-311
 21-cr-312
 21-cr-325
 21-cr-328

**CASE CONTINUED TO:  January 26, 2022 at 2:00 p.m. as <u>to case 21-cr-345 ONLY</u> for Status Conference via Zoom**

**March 18, 2022 at 9:00 a.m. for Status Conference via Zoom Platform**
 **As to cases:**
**21-cr-338**
 **21-cr-339**
 **21-cr-344**
 **21-cr-346**
 **21-cr-347**
**21-mj 71438**
**21-mj 71467**

**March 25, 2022 at 9:00 a.m. for Status Conference via Zoom Platform**
**As to Cases:**
 **21-cr-311**
 **21-cr-312**
 **21-cr-325**
 **21-cr-327**
 **21-cr-328**